**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                          CASE NO. 1:09-cr-27-SPM/AK-1

**SCOTT TERRY KRAVATZ,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **SCOTT TERRY KRAVATZ**, to Count One of the Information is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of October, 2009.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           Chief United States District Judge